## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

M.A.C.V.,                                          :
                                                   :
    Petitioner,                 :
                                                   :
v.                                                 :          CASE NO.: 7:26-CV-122 (WLS-AGH)
                                                   :
Warden, IRWIN DETENTION                            :
CENTER, *et al.*,                                  :
                                                   :
    Respondents.                :
                                                   :

## ORDER

Before the Court is Petitioner's Consent Motion to Dismiss (Doc. 8), filed on June 3, 2026. Therein, Petitioner moves under Federal Rule of Civil Procedure 41(a)(2) for the dismissal of the instant case, stating that Petitioner received a bond hearing and was released from Respondents' custody on bond after the Court granted his habeas petition. (Doc. 8 at 1); (*see* Doc. 6). Petitioner also states that Respondents consent to the dismissal of this action based on Petiutioner's release from custody. (*Id.*)

Under Rule 41(a)(2), "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Upon review, Petitioner's Consent Motion (Doc. 8) is **GRANTED**. This matter is therefore **DISMISSED**, without prejudice. In light of the dismissal of the petition, Petitioner's Motion for Order to Show Cause (Doc. 5) is **DENIED**, as moot.

**SO ORDERED**, this 5th day of June 2026.

                  **/s/ W. Louis Sands**
                  **W. LOUIS SANDS, SR. JUDGE**
                  **UNITED STATES DISTRICT COURT**