IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

MICHAEL ARBEY CHACON VALENCIA,          *

                Petitioner,          *

v.          Case No. 7:26-cv-122 (WLS-AGH)

                   *

WARDEN IRWIN COUNTY DETENTION
CENTER, et al.,          *

            Respondents.          *

_____

## J U D G M E N T

Pursuant to this Court's Order dated June 5, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case.

This 8th day of June, 2026.

David W. Bunt, Clerk


s/ Katie Logsdon, Deputy Clerk